| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Cox, Emmett R. | 2. Court or Organization U.S. Court of Appeals, Eleventh Circuit | 3. Date of Report 04/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address 113 St. Joseph Street Room 433 Mobile, AL 36602 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Secretary | (see Section VIII for description) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds: Euro Pacific Growth A (Mutual Fund) | A | Dividend | J | T | Sold (part) | 03/14/12 | J | C | |
| 2. | | | | | Sold (part) | 10/02/12 | J | C | |
| 3. RBC Centura Bank (Account) | A | Interest | J | T | | | | | |
| 4. BankTrust (Accounts) | A | Interest | J | J | | | | | |
| 5. Harbor Fund Capital Appreciation (Mutual Fund) | | None | J | T | | | | | |
| 6. Matthews Int'l Funds: Asian Grth & Income Fund (Mutual Fund) | | None | | | Sold (part) | 03/05/12 | J | B | |
| 7. | | | | | Sold | 03/14/12 | J | A | |
| 8. Army Aviation Center FCU (Account) | A | Interest | J | T | | | | | |
| 9. Franklin Federal Ala T/F/Incm CL A (Mutual Fund) | B | Interest | K | T | Sold (part) | 01/19/12 | J | A | |
| 10. | | | | | Sold (part) | 06/05/12 | J | A | |
| 11. Oppenheimer Developing Markets CL A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 12. American Funds Europacific Growth F2 CL (Mutual Fund) | A | Dividend | J | T | | | | | |
| 13. Clipper Fund Inc Com (Mutual Fund) | A | Dividend | J | T | Sold (part) | 01/13/12 | J | D | |
| 14. | | | | | Sold (part) | 01/18/12 | J | C | |
| 15. | | | | | Sold (part) | 03/14/12 | J | B | |
| 16. Janus Invt Fund: Perkins Mid Cp VL Inv (Mutual Fund) | A | Dividend | K | T | | | | | |
| 17. Professionally Mdg Ptfl Osterweis Fund (Mutual Fund) | A | Dividend | J | T | Sold (part) | 01/18/12 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/13/12 | J | B | |
| 19. Ishares: Russell 3000 Index Fund (Mutual fund) | A | Dividend | K | T | | | | | |
| 20. Ishares: DJ US Real Estate (Mutual fund) | A | Dividend | J | T | Sold (part) | 03/14/12 | J | C | |
| 21. American Funds: Euro Pacific Growth F (Mutual Fund) | A | Dividend | | | Sold | 06/05/12 | K | B | |
| 22. American Funds: Growth Fund of America F (Mutual Fund) | | None | | | Sold | 03/14/12 | K | D | |
| 23. Clipper Fund Inc Com (Mutual Fund) | | None | | | Sold (part) | 01/26/12 | J | A | |
| 24. | | | | | Sold (part) | 04/26/12 | J | A | |
| 25. | | | | | Sold (part) | 07/25/12 | J | A | |
| 26. | | | | | Sold | 10/03/12 | J | C | |
| 27. Loomis Sayles Fds I Bd Fd Instl (Mutual Fund) | B | Dividend | K | T | | | | | |
| 28. Mainstay Funds: ICAP Select Equity Fd CL I (Mutual Fund) | A | Dividend | J | T | Sold (part) | 03/05/12 | J | A | |
| 29. Professionally Mgd Ptfl: Osterweis Fund (Mutual fund) | | None | | | Sold | 03/14/12 | J | C | |
| 30. Third Avenue Tr Intl Value Fund (Mutual Fund) | A | Dividend | K | T | Sold (part) | 01/18/12 | J | B | |
| 31. Pimco Funds, Commodity/Real Ret Strat Instl (Mutual Fund) | | None | | | Sold | 03/14/12 | J | | |
| 32. American Funds Fundamental Investors F (Mutual Fund) | A | Dividend | K | T | | | | | |
| 33. Jensen Quality Growth J (Mutual Fund) | A | Dividend | J | T | | | | | |
| 34. Pimco Fds Emerging Local Bond (Mutual Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wasatch Small Cap Growth Fd (Mutual Fund) | A | Distribution | J | T | Buy (add'l) | 01/18/12 | J | | |
| 36. | | | | | Sold (part) | 03/14/12 | J | B | |
| 37. Franklin Ala T/F Incm CL A (Mutual Fund) | A | Int./Div. | | | Sold | 03/14/12 | K | A | |
| 38. American Funds New World F (Mututal Fund) AHC | A | Dividend | J | T | Buy | 03/06/12 | J | | |
| 39. | | | | | Sold (part) | 10/02/12 | J | A | |
| 40. T Rowe Price Tax Free Short Intermed (Mutual Fund) AHC | A | Dividend | K | T | Buy | 03/16/12 | K | | |
| 41. | | | | | Sold (part) | 10/25/12 | J | A | |
| 42. Templeton Income TR Global BD Fund Class A (Mutual Fund) AH | A | Dividend | J | T | Buy | 03/07/12 | J | | |
| 43. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 44. Harbor Fund, Commodity Real Return Strtgy Inst (Mutual Fund) | A | Dividend | | | Buy | 01/13/12 | J | | |
| 45. | | | | | Sold | 10/02/12 | J | A | |
| 46. Harbor Fund, Commod Real Return Strtgy Inst (Mutual Fund) J | A | Dividend | K | T | Buy | 01/18/12 | J | | |
| 47. Third Avenue Tr, Real Estate Value Fund (Mututal Fund) J | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 48. | | | | | Sold (part) | 10/02/12 | J | A | |
| 49. Vanguard Tax Exempt Funds Inc. Inter Trm Port (Mutual Fund) | B | Dividend | K | T | Buy | 03/14/12 | K | | |
| 50. | | | | | Buy (add'l) | 09/13/12 | J | | |
| 51. | | | | | Sold (part) | 10/02/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares, Russell 1000 Value (Mutual Fund) J | A | Dividend | K | T | Buy | 06/11/12 | K | | |
| 53. Bristol-Myers Squibb Cm (Stock) (retail) | A | Dividend | J | T | Buy | 02/06/12 | J | | |
| 54. Occidental Petroluem Corp Com (Stock) (retail) | A | Dividend | J | T | Buy | 02/28/12 | J | | |
| 55. Southern Company Com (Stock) (retail) | A | Distribution | J | T | Buy | 02/06/12 | J | | |
| 56. Southern Company (Stock) (ERC) (See note in VIII) | | None | | | Sold | 02/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I. Positions.

is a not-for-profit association that holds title to and manages the common areas for three condominium units,

Section VII.  Investments and Trusts.

Souhern Company (stock) was inadvertenly omitted from the 2011 Financial Disclosure Report.  The asset was purchased on 05/10/11 with a value code of J.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emmett R. Cox**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544